IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOBERTO VILLA, | CASE NO. CV F 10-0517 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 15.) |
| U.S. BANK, N.A., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action without prejudice;
2. VACATES all pending matters, including the May 3, 2010 hearing on defendant's motion to dismiss and the June 28, 2010 scheduling conference. This Court will take no action on the motion to dismiss; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   April 19, 2010**          /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

1